■ BRIAN MOLINARO, Appellant, v FRANKFORT-SCHUYLER CENTRAL SCHOOL DISTRICT, Respondent. [678 NYS2d 559] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Order of Supreme Court, Herkimer County, Gilbert, J.—Summary Judgment.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.